### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN R. SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-06-596-F |
| | ) |
| THE GEO GROUP, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

On August 7, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that this action brought pursuant to 42 U.S.C. § 1983 be dismissed without prejudice based upon plaintiff's failure to comply with the requirements of 28 U.S.C. § 1915(b) and LCvR 3.3. Magistrate Judge Couch specifically advised plaintiff of his right to object to the Report and Recommendation by August 28, 2006. She further advised plaintiff that failure to make timely objection waives his right to appellate review of the factual and legal issues contained in the Report and Recommendation.

To date, plaintiff has not objected to the Report and Recommendation and has not requested an extension of time to file an objection. With no objection being filed, the court accepts, adopts, and affirms Magistrate Judge Couch's Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on August 7, 2006 (doc. no. 10) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.   The above-entitled action is **DISMISSED**

**WITHOUT PREJUDICE** based upon plaintiff's failure to comply with the requirements of 28 U.S.C. § 1915(b) and LCvR 3.3. Judgment shall issue forthwith.

DATED September 13, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0596p002.wpd